UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MONIKA AGUIRRE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA RESOURCES, LLC also known as AETNA; and DOES 1-100,<br><br>    Defendant. | Case No. 1:20-CV-00414-NONE-EPG<br><br>**ORDER RE: STIPULATION TO STAY DISCOVERY**<br><br>**(ECF No. 19)** |

Pursuant to the Stipulation of the Parties (ECF No. 19), and good cause appearing, it is ORDERED that:

1. All discovery is stayed until two weeks after the Court rules on the Motion to Compel Arbitration and Dismiss Action;

2. Plaintiff will refrain from asserting at any time that Defendant waived its right to compel arbitration by participating in the Settlement Conference;

3. The hearing for the Motion to Compel Arbitration and Dismiss Action, set for July 29, 2020, is VACATED. The parties are informed that pursuant to the Standing Order Re Judicial Emergency issued March 20, 2020 (ECF No. 5-2), the motion to compel (ECF No. 12) will be decided on the papers without oral argument.

Should this case fail to resolve, any opposition to the motion shall be due **September 4, 2020**; any replies shall be due **September 11, 2020**.

IT IS SO ORDERED.

Dated:   **July 28, 2020**                    /s/ *Erica P. Grosjean*
                                                            UNITED STATES MAGISTRATE JUDGE

2